| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| __NORTHERN__ District of __GEORGIA__ (State) | |
| Case number (If known): _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  ASTA HOLDINGS, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   Springhouse at Cartersville

3. **Debtor's federal Employer Identification Number (EIN)**  83 - 1040230

4. **Debtor's address**

   **Principal place of business**
   20 Tellus Dr.
   Number    Street
   
   Cartersville    Ga    30184
   City    State    ZIP Code
   
   Bartow
   County

   **Mailing address, if different from principal place of business**
   13421 Parker Commons Blvd, Suite 102
   Number    Street
   
   P.O. Box
   
   Fort Myers, FL 33912
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   
   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**  www.springhouseliving.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor __Asta Holdings, LLC_____    Case number (if known)_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>__6233__ __ __ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                           MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                                           MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____ Relationship _____<br>        District _____ When _____<br>                                                     MM / DD / YYYY<br>        Case number, if known _____ |

Debtor  __Asta Holdings, LLC_____    Case number *(if known)*_____
          Name

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☒ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor _____     Case number *(if known)*_____
           Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/01/2021**
                      MM / DD / YYYY

✗ _/s/ Bhavik Patel_____     Bhavik Patel_____
Signature of authorized representative of debtor     Printed name

Title  Manager_____

**18. Signature of attorney**

✗ /S/ JOHN A. CHRISTY_____     Date  11/1/2021_____
Signature of attorney for debtor                                  MM / DD / YYYY

John A. Christy_____
Printed name

Schreeder, Wheeler & Flint, LLP_____
Firm name

1100 Peachtree Street,         Suite 800_____
Number          Street

Atlanta_____   Ga   30309_____
City                                        State   ZIP Code

404-681-3450_____     jchristy@swfllp.com_____
Contact phone                      Email address

125518_____     Ga_____
Bar number                                 State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **4**

```
Elite SNP
1745 Sugarloaf Club Dr
Duluth, GA 30097

MPC Cartersville LLC
5485 Mirror Lake Drive
Cumming, GA 30028

Shree Hari LLC
1745 Silvermere Ct
Duluth, GA 30097

VJSR, LLC
3501 Bessie Coleman Blvd
Tampa, FL 33609

Shailesh Patel
2326 Hrevester Ave
Fort Mill, SC 29708

Om RSM
114 Winningham Road
Saint George, SC 29477

Ascent Inc
1553 Southgate Rd
Bartlett,IL 60103

Bartow County Tax Commissioner
135 W Cherokee Ave, Ste 217A
Cartersville, GA 30120

Team Contractors
4072 US Highway 62
Calvert City, KY 42029

Chastain Plumbing Heating and Cooling, LLC
800 Burnt Hickory Rd SW, Ste D
Cartersville, GA 30120

Performance Foodservice
3501 Old Oakwood Rd
Oakwood, GA 30566

D and B Restoration
P.O. Box 1237
Cartersville, GA 30120

Dickson Wright PLLC
350 Est Las Olas Blvd. Suite 1750
```

```
Ft Lauderdale, FL 33301

Staples
500 Staples Dr.
Framingham, MA 01702

Elite Lifts
5752 Taggart Dr
Hixson, TN 37343

Kitchens Kelley Gaynes P.C.
5555 Glenridge Connector
Atlanta, GA 30342

Berkley Human Services
222 South Ninth Street, Suite 2700
Minneapolis, MN 55402

Acme American
319 Atlanta St SE Suite 240
Marietta, GA 30060

Fire Door Solutions
7500 W 160th St
Stillwell, KS 66085

Chivas Electric Group LLC
2866 Swarthmore Dr
Lawrenceville, GA 30044

ASA Fire Protection, LLC
1121 Grassdale Rd NW
Cartersville, GA 30121

Security and Fire Engineers, Inc.
123 Holcomb Rd SW
Calhoun, GA 30701

Marsh & McLennan Agency LLC
CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

Occupational Health Centers of Georgia
CT Corporation System
289 S Culver Street
Lawrenceville, GA 30046

Medalist Commercial Loan, LLC
David McAlister, Arnall Golden Gregory LLP
```

```
171 17th Street NW, Ste 2100
Atlanta, GA 30363
```